UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              CASE NO.:  10-29302-BKC-LMI
                                                    Chapter 7
**JUAN CECCHINELLI**
SSN: XXX-XX-8586
**CARMEN CECCHINELLI**
SSN: XXX-XX-7003
            Debtor(s).            /

### TRUSTEE, JOEL L. TABAS' (1) OBJECTION TO DEBTOR(S)' SCHEDULED VALUATION AND CLAIMED EXEMPTION OF SCHEDULED PROPERTY AND (2) MOTION TO COMPEL DEBTOR(S) TO TURNOVER PROPERTY OF THE ESTATE

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Juan Cecchinelli and Carmen Cecchinelli (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 522, 541 and 542 and Federal Rule of Bankruptcy Procedure 4003 files this (1) Objection to Debtor(s) Scheduled Valuation and Claimed Exemption of Scheduled Property (the "Objection"), and (2) Motion to Compel Debtor(s) to Turnover Property of the Estate (the "Motion") and in support thereof, states as follows:

1. This case commenced as a Chapter 7 proceeding on July 7, 2010 (the "Petition Date"). Joel L. Tabas is the duly appointed Chapter 7 Trustee.

2. The § 341 Meeting of Creditors was scheduled and held on August 9, 2010.

3. Accordingly, the last day for the Trustee to object to the Debtor(s)' claimed exemptions is September 8, 2010.

4. Trustee objects to the scheduled valuation and claimed exemption of all property, other than homestead property, claimed as exempt by the Debtor(s) to the extent that the actual Petition Date fair market value of said property, when combined with the Debtor(s)' other non-exempt assets, causes the Debtor(s) to exceed the available

CASE NO.: 10-29302-BKC-LMI

$1,000.00 per person personal property exemption, and the $1,000.00 per person vehicle exemption under Florida law, or to the extent that any claimed exempt property was converted from non-exempt assets in derogation of Fla. Stat. 222.29 and 222.30, and any other applicable law.

5. The Debtor(s) are in possession of the following personal property:

    a. Household goods and furniture

    b. Furs, jewelry and clothing

    c. 1995 Chevrolet S10 Extended Cap Pickup automobile

    d. 2002 Isuzu Axim XS automobile

    e. 2002 Honda VT750 motorcycle

6. In addition, the Debtor(s) are in possession of information pertaining to the following cause(s) of action which belong to the Estate:

    a. Lawsuit against Richard Alonso for unpaid rent

Paragraphs "5" and "6" collectively referred to as the "Property."

7. The Property is property of the Estate pursuant to 11 U.S.C. §541 and subject to turnover pursuant to 11 U.S.C. §542.

8. The Trustee has requested that the Debtor(s) either repurchase the Property from the Estate or turnover said Property, but the Debtor(s) have failed to do so.

## I.    Relief Requested

5. Accordingly, the Trustee requests entry of an order compelling the Debtor(s) to either (a) enter into a stipulation with the Trustee for the immediate repurchase of the Property or (b) turnover the Property to the Trustee.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Juan Cecchinelli and Carmen Cecchinelli respectfully requests this Honorable Court enter

CASE NO.: 10-29302-BKC-LMI

an Order (1) sustaining the instant Objection, (2) directing the Debtor(s) to either (a) enter into a stipulation with the Trustee for the immediate repurchase the Property or (b) turnover the Property to the Trustee within 10 days, and (3) granting such other and further relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 8, 2010, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to

Juan Cecchinelli and Carmen Cecchinelli
1704 SW 102nd Ct.
Miami, FL 33165

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Fla. Bar No. 516902
Tabas, Freedman, Soloff, Miller & Brown, P.A.
Attorneys for Trustee, Joel L. Tabas
One Flagler Building
14 Northeast First Avenue - Penthouse
Miami, Florida 33132
Telephone:  (305) 375-8171
Facsimile:  (305) 381-7708
E-mail: jtabas@tabasfreedman.com